S. P. BEECHER, Appellant,

v.

UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF WASHINGTON, Leavenworth State Bank, Federal Land Bank of Spokane, Lyle Timpe, Ben Maxwell, and Leavenworth Fruit Co., John McCoy, Homer Smithson, Appellees.

Misc. No. 404.

United States Court of Appeals, Ninth Circuit.

Jan. 3, 1955.

S. P. Beecher, in pro. per.

John J. Ripple, Henry R. Newton, Randall & Danskin, Spokane, for appellees.

Before DENMAN, Chief Judge, and BONE and ORR, Circuit Judges.

PER CURIAM.

Beecher moves this court for a writ of mandamus to the United States District Court for the Eastern District of Washington to call a hearing before the Conciliation Commissioner for reconsideration of claims. In 1947 the district

court allowed claims and this court affirmed. Beecher v. Leavenworth State Bank, 9 Cir., 192 F.2d 10. It also appears that the same matter is pending before this court on appeal.

The motion is denied.